

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DETRA STANETTE JONES, § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION NO. 4:16-cv-0376-MGL |
| § | |
| NANCY A. BERRYHILL, § | |
| Acting Commissioner of Social Security, § | |
| Defendant. § | |

### ORDER GRANTING AS MODIFIED PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This is a Social Security appeal. Pending before the Court is Plaintiff's Motion for Attorney's Fees (Motion) in the amount of $5,075.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). After Plaintiff filed that Motion, she and Defendant filed a Stipulation with the Court agreeing instead to a payment of $4,000 in attorney's fees.

Having carefully considered the Motion, the Stipulation, the record, and the relevant law, it is the judgment of the Court the Motion is **GRANTED AS MODIFIED** by the Stipulation. Payment shall be made as set forth in the Stipulation.

**IT IS SO ORDERED**.

Signed this 25th day of May, 2017, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE