UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DETRA STANETTE JONES, | ) | Civil Action No. 4:16-CV-0376-MGL |
| Plaintiff, | ) | |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

On Plaintiff's Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

**ORDERED** that the Court authorizes a payment to Harry F. Smithson, Esquire, in the amount of Fifteen Thousand Fifty-Two Dollars and 00/00 cents ($15,052.00) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services. It is further ordered that upon receipt of this sum, Plaintiff's counsel shall remit Four Thousand dollars and 00/00 cents ($4,000.00) directly to Plaintiff, representing the sum to be paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

ENTERED this   17th   day of        September       , 2018.

　　　　　　　　　　　　　　　　　　s/ Mary G. Lewis
　　　　　　　　　　　　　　　　　　Mary G. Lewis
　　　　　　　　　　　　　　　　　　United States District Judge