

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| DETRA STANETTE JONES,<br>　　　Plaintiff,<br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:16-cv-0376-MGL |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER 42 USC § 406(b)

This is a Social Security appeal. Pending before the Court is Plaintiff Detra Stanette Jones's motion for attorney fees under 42 USC § 406(b) (motion) in the amount of $7,776.75. Defendant Nancy A. Berryhill filed a response in support of the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 8th day of January, 2019, in Columbia, South Carolina.

　　　　　　　　　　　　　　　　　　/s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE